AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Jean Lavin

_Defendant_

)  Case: 1:21-mj-00594
)  Assigned to: Judge Meriweather, Robin M.
)  Assign Date: 9/9/2021
)  Description: COMPLAINT W/ ARREST WARRANT

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_   Jean Lavin                                ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)-Entering or Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)-Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)-Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G)-Parading, Demonstrating, or Picketing in a Capitol Building.

Date: 09/09/2021                                               _/s/ R. Meriweather_
                                                               _Issuing officer's signature_

City and state:   Washington, D.C.                             Robin M. Meriweather, U.S. Magistrate Judge
                                                               _Printed name and title_

### Return

This warrant was received on _(date)_ 9/9/2021 , and the person was arrested on _(date)_ 9/14/2021
at _(city and state)_  Canterbury, CT

Date: 9/14/2021                                                _D. Morrison_
                                                               _Arresting officer's signature_

                                                               Daniel Morrison, Special Agent
                                                               _Printed name and title_