UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 1:21-CR-596-BAH |
| v. ) | |
| ) | |
| JEAN LAVIN ) | April 7, 2022 |

**<u>DEFENDANT'S LETTERS OF SUPPORT</u>**

  Filed herewith are letters in support of Jean Lavin, including a handwritten letter from her mother, a letter from her daughter's father, and numerous letters from co-workers and others.

           Respectfully submitted,
           JEAN LAVIN

           /s/Charles F. Willson/s/
           By Charles F. Willson (# ct24129)
           FEDERAL DEFENDER'S OFFICE
           10 Columbus Boulevard, 6th Floor
           Hartford, CT 06106
           Tel: (860) 493-6260
           Fax: (860) 493-6269
           email: Charles_Willson@fd.org

Your Honor:

My name is Corinne Lavin. I am 85 years old and I am the mother of Jean Lavin. She is the youngest of my three daughters and she has always been the most helpful and reliable of my three girls.

She has always taken on jobs to help those in our family and also in her circle of friends.

When we moved to a larger house, there was a large square concrete patio in back. Her father started to smash it down and she was right there with him, at his side for hours at a time. They then built a LR. wooden patio with seats on three sides. She was about 10 or 11 years old at the time. That was the first time I saw her take on a hard job but not the last time. Since she has been in her own house, she has not hesitated to clean, build and renew anything that had to be done.

I am so proud of her as my daughter, a loving mother and a dependable and loving friend.

She truly deserves your favorable consideration

Corinne K. Lavin

▬▬▬▬▬▬▬▬▬▬▬▬▬

1-860-▬▬▬▬▬▬▬

Good day to you your honor

My name is Jeff Glaude. I'm a 55 year old telecommunications worker who has almost 36 years of service in ct, from ▇ through to the present ▇. I first met Jean Lavin in the early 2000's and have worked with her on and off for about 20 years. The type of work we do puts us in contact with a variety of the public from the elderly to young people, businesses to residences. I have witnessed Jean countless times interact with people whether to give street directions, to going out of her way to ensure customers get their services working again and always in a polite and professional way.

I also saw her fill in for the boss one week. During that time one of the techs had a serious accident falling off a ladder. She organized getting the truck back to the garage, and then we went to the hospital to make sure he was ok. While he was recovering she spoke to the boss and set up a visit for the crew to go to his house to see how he was doing. As I remember this brightened up his day, which I believe was her intention in doing so.

Jean also has a passion for animals and gardening. Last year after a storm we found a family of newborn squirrels that got thrown out of the nest. Jean spent considerable time cleaning them and forming a nest from materials we had for them. Then she contacted someone who knew how to take care of them and delivered them there.

Overall I would say that Jean cares about people and her community as well as family and coworkers. She constantly makes sure her parents are ok and helps anyone in the crew whether they just need a ride or have some other problem that she can help out. She appreciates the help others give her and does'nt hesitate to pitch in wherever she can.

Thank you for your time
Sincerely Jeff Glaude   860 ▇

Your Honor,                                                                                         3.16.2022

      My name is William Krzywicki Jr. I am 55 years old and I have worked for ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ for 33 years as a telephone cable splicer. I have known Jean Lavin since 1992. We met at work, which at the time was ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓. We lived together for 11 years. During that time, we were engaged for 9 of those years.

      In the time I have known Jean I have witnessed her compassion. Jean met an elderly customer on the job who loved Christmas, but had no family. Together we purchased a christmas tree, lights, and ornaments; we helped set it up and decorate it. The woman was overjoyed that someone cared enough to help her in such a way. Another instance is while we were driving home from work together we witnessed a car in front of us slowly drift off the road, we discovered a man inside who was unresponsive. He was removed from the car and Jean immediately started CPR and continued until emergency services arrived. Unfortunately, he did not survive and that really affected Jean. In another instance we witnessed a pedestrian fall and hit his head on the ground; he was bleeding considerably and although many others saw it happen, no one stepped forward to help, but Jean did. She sat on the ground behind him keeping his head up and assured him as he was scared. She kept pressure on his wound until real help arrived.

      These are just a few of the many good deeds Jean has done through the years that I know about. I have found Jean to be very hard working and compassionate to those in need. She is always there for her parents who are in their late 80's. Although Jean and I are not together anymore as a couple, I continue to support her and know her to be passionate about the things she believes in and believe she would never cause destruction or harm. I humbly ask of you, Your Honor to show mercy and compassion on Jean as she has shown so many others through the years.

Respectfully,
William H Krzywicki Jr



860-▓▓▓▓▓▓▓

Your Honor,

My name is Deborah Hudd.  I am 64 years old, a retired nurse, a wife, mother, sister, and grandmother.  I have been Jean Lavin's neighbor for several years, and have been her friend as well.  I would say we were only acquainted earlier on but grew closer over time.  This is a close-knit neighborhood and most of us wave to one another in passing and sometimes stop to chat.  It was during one of those chats that Jean and I began to realize we shared like values as parents and as members of the community.  We made efforts to visit each other's homes where we talked of gardening, canning, and our families.  We also became connected on social media.

Over time, I developed a sense of who Jean Lavin is.   She is strong yet sensitive, an independent person, a very good mother and has taken great pride in her job as a lineman- a job she has held for over 25 years.  She became a very capable single mom after her divorce and, simply put, she is an outstanding parent.  Her daughter, Carla, has grown up to be a remarkable young lady because of who her mother is.  Jean is also a good neighbor, not only to me but others, helping especially her next door neighbors.  Del Damboise lost her husband quite suddenly and Jean was there for comfort and assistance with arrangements and appointments.  Jean gave unselfish assistance again when Del herself fell ill while also caring for two of her older children that contracted ultimately fatal illnesses.  This alone exemplifies Jean's compassion, integrity, and goodness.

I know Jean to be quite patriotic.  She loves America and all that is dear to her.  She is very supportive of law enforcement and is a law abiding person.  I also know that since this ordeal began her life has been turned upside down. From the day the FBI raided her home to arrest her and her daughter, Carla, to present day, she has had to suffer multiple invasions of privacy.  She has had repeated episodes of reporters setting up cameras in front of her home and calling to her or trying to talk to neighbors about her.  She has had unwanted, harassing phone calls and even unkind, scary letters.  Some neighbors have shunned her and of course she was viciously attacked on social media before she was cut off from it without warning or ability to appeal the action.  Throughout this ordeal, she has tried so hard to remain steadfast and strong, but there is no denying that it has taken an enormous physical and emotional toll, and she has suffered greatly because of it.  The words anguish, anxiety, sleeplessness, and hopelessness come to mind.

    Please consider my words as you deliberate this case.  Jean loves her country, and in all ways I know her to be one who is honest and a person who respects the law.

                              Sincerely,
                              Deborah Hudd

                              , CT

February 22, 2022

Your Honor,

My name is Geralyn McPhail. I am 65 years of age and work part-time for a local florist in Waterford, CT I have known Jean Lavin for many years. I first met her as a coworker at ██████████ ██████ Company. For as long as I have known Jean, she has always been a hard worker and an independent woman, a great Mom and a great daughter. She helps her parents maintain their home and makes sure they are safe.

Jean is always the first person to get in line to help anyone in need; be it collecting donations for a co-worker who is ill or perhaps funeral flowers for one of their family members. Personally, Jean was one of the 1st people to offer to help me move, multiple times.

Jean is also an animal lover and is a rescue Mom. She loves her animals and considers them to be part of her family.

I remember in 1986, my Dad's best friend died and he wanted his ashes spread in a special place. My Dad lived out of state and was unable to complete that task. After 10 years I shared the story with Jean and expressed how I would love to make his dying wish come true. She offered to help me and within a week we had the ashes in hand and spread them in the location of his wish.

Jean's ex, the father of her daughter, recently went through a serious medical condition. Jean stood by him and supported him in any way she could.

As long as I have known Jean, she has been a very compassionate and loyal friend. This situation that she finds herself in has really put a lot of stress on her and her family. She works overtime every chance she can to help with the financial burden. Because of how much she works, I have not had the opportunity to see her socially for a long while. All of that has made for a very isolating and stressful time for her and has been a severe consequence in itself.

Jean owns and maintains her home and is solely responsible for it and her pets. Her parents depend upon her for when they are in need for her support. For these reasons and because I feel she has already been through so much, I hope that there will be a favorable outcome for her.

Thank you for your time and consideration,

Geralyn McPhail

Gregory Gardella
Road
CT 06384
860-

3-31-2022

Your Honor,

I have had the pleasure of working with Jean Lavin for 25 years during my career as a Lineman with ▇▇▇ and currently ▇▇▇. She is reliable, trustworthy and exhibits a strong work ethic. I have no reservations when our crews are on the same project or assignment.

Jean is the first person to step up when something needs to be done, and she does it with pride in her workmanship.

During the time I have known Jean, I have found her to be a dedicated team player. It is about the greater good, not about her. She looks out for her co-workers and is the one who makes sure that if there is an illness or a loss, a card is sent around to be signed. If someone is struggling, she organizes a collection. Jean understands how important it is to not just work together, but to foster team building. She voluntarily and consistently takes on that role and ensures that the office is decorated for the holidays and initiates group gatherings such as a breakfast or after work event.

Her compassion extends to animals as well. She has rescued dogs and made sure they had the best care possible. During a recent storm restoration, Jean and another co-worker found some baby squirrels that were displaced due to the storm and cleaned them up before taking them to a rescue center.

Jean is passionate in her beliefs, and as a Veteran, I am proud to see that she is an active supporter of Tunnels to Towers which builds mortgage free, smart homes for Veterans with disabilities, through her personal donations as well as participating in their 5k fundraising walk. She also supports Wounded Warrior Foundation and St. Jude's.

While we do not have a relationship outside of our employment, I truly believe that regardless of how someone is connected to her, they see a person who does her part to improve the quality of life for those in her circle.

Respectfully,

Greg Gardella

Your Honor,

My name is Kathy Calevro I'm writing you to tell you about one of my longtime friends Jean Lavin.

We met while working for ███████ family of companies. I have 38 years and Jean has 33. I'm now 60 years old and Jean is a few behind me. I have had 4 different jobs in my 38 years, a couple of them have been support roles to the outside workforces which is where Jean and I met. She and I became fast friends enjoying Pictionary on Tuesday's, sharing Christmas eves and supporting our union, which I was our local's president. As females we were in the minority in the male dominated outside workforce, we were active to make sure our voices were heard and were treated as equals.

At Christmas time Jean and her daughter were regulars at my family holiday festivities. She became close to my mom through these holidays Christmas took on a new meaning for me when my mom contracted Covid and passed away the day after Christmas. Jean has been there for me throughout. The support shows one of Jean's true qualities, being there for friends and family in times of need.

Another one of Jeans strengths is her empathy for those who can't help themselves, she is a lover of animals and has taken in a few either abandoned or through adoption.

Although we have differing political views this has never been an issue between us. We have had healthy debates but no ill will.

In closing I'm trying to show you the Jean Lavin that I know. I always have and will value her friendship, having been there for myself and others she is a kind and generous soul who deserves a second chance.

Sincerely,





# SCOTLAND VOLUNTEER FIRE DEPARTMENT, INC.

47 Brook Road ● PO Box 48 ● Scotland CT, 06264

Phone: 860-450-1525 Fax: 860-456-2220

www.svfd16.com

Michael Gurnack
Deputy Chief

Your Honor,

My name is Michael Gurnack I'm a lineman at ▇▇▇▇▇▇▇ with 20+ years with the company. I'm also the Deputy Chief for Scotland Volunteer Fire Department. I am writing regarding Jean Lavin which I have known for these 20+ yrs. With all these years that past I would have never guessed Jean would be in this situation as she is a role model at Frontier. She holds her position in a tough industry for women with that she also willing to help anyone she comes across that is in need. Our industry has had many different hat's ▇▇▇ ▇▇▇▇ and ▇▇▇▇ with that said she has always adapted to new management/processes. The personal side of Jean that I know, she is very caring about people. When someone is having a Birthday, she gets cards for everyone to sign. Also does the same for the sadder events like deaths and retiring employees. I know Jean has dogs which she is very passionate about and has helped in the past with Rescues. She brings joy to us lineman and splicers by hanging Christmas lights, celebrating holidays with joy. Overall, I don't believe we could have asked or got a better co-worker then her, she is very well-rounded person. In closing your honor, please understand the issue that is present doesn't represent the person that we all know here at ▇▇▇▇▇. Please take her love and joy we all know into consideration while making this life changing decision for her.

Sincerely,

Michael Gurnack



, CT 06066
(860)

March 30, 2022

Your Honor,

    I, Scott Herbert, am about to retire with 43 years of service as a lineman in the telecommunications industry. I personally have enjoyed working with the defendant Jean Lavin for 33 of those years. We've gone through a lot of changes from ▇▇▇▇ to ▇▇▇▇ to ▇▇▇▇ ▇▇▇▇, and now to ▇▇▇▇. Jean has always been fit for the challenge and the change. There isn't a day that goes by where Jean is not up to the task at hand, no matter what it is. She always offers her expertise and opinions. I know her credentials have made a big difference in our company being leaders in the telecommunications industry here in Connecticut.

    On a side note... Jean Lavin's empathy at work is always a plus. Whether it's producing cards for deaths and anniversaries; or money for local charities.

    In closing Your Honor, I am asking for leniency and a favorable consideration on her behalf.

Sincerely,

Scott J. Herbert
Senior Lineman



February 23, 2022

Your Honor,

My name is Terri Cunningham. I am 61, I live in Waterford, CT with my family and am employed as an office administrator at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. I originally started 41 years ago when the company was known as ▇▇▇▇, eventually merged with ▇▇▇▇▇▇▇▇▇▇▇ and then ▇▇▇▇. I met Jean Lavin many years ago as a co-worker in the mid 1980's. She was a telephone installer and I worked in the dispatch department. I have always known Jean to be a very hard worker. As the position of telephone installer was typically held by males, Jean was one of very few women in the field. She quickly rose to the top of that field and was eventually promoted to a top craft position. Her proficiency and expertise are greatly relied upon and Jean is one of the most respected people in her profession.

I consider myself to be very fortunate to work with such amazing people. When the holidays come around, we celebrate together with pot-luck luncheons or some sort of office gathering. Not only is Jean a participant, but is instrumental in preparing, organizing and making our gatherings a success. One year, she took up a collection for me and gave me a very generous gift from our team members. She always knows how to make a person feel special.

My brother unexpectedly passed away in June of 2021 at the age of 52. I was very close with my brother and this was a devastating loss to say the least. Jean knew how close I was with my brother and she and another of my friends, stopped by with flowers and a gift of condolence and has been a very good friend to me as I process through my grief. Once again, she was instrumental in taking up a collection from our co-workers and together they gave me a gift card to a local restaurant that I was able to use to take my family after my brother's funeral. Jean has become a very loving and supportive friend and I value her friendship a great deal.

As good as a friend as Jean is, she is also a wonderful mother and daughter. I have met Jean's daughter on several occasions and have always been so impressed at how polite and respectful she is. Jean has done a wonderful job raising her. Jean's parents are getting on in their years and increasingly in need of support. Jean is their source of great support and reliability. As her Dad suffers from a medical condition, Jean ensures that he gets to his appointments and helps out in making sure their home is safe and cared for as she wants them to be able to enjoy living in their home as long as possible.

Over the last several months, I see how Jean has dealt with the situation she is now facing. I truly believe she has endured many consequences, such as the stress it has put on her and her family, the financial burden and the isolation she has experienced as she navigates through this difficult time.

Jean is a responsible and independent woman. She owns and maintains her home and as stated above is a great source of support for her family. I feel it is so important for her to be able to continue to be able to carry out her role as a Mom, daughter, friend and hard worker. Although I am aware of the seriousness and depth of this situation, I respectfully and humbly appeal to you to consider a favorable outcome for Jean.

Thank you for taking the time and consideration.



Terri Cunningham

Your Honor,

My name is Holly Karnes and I am 56. I have worked at ▇▇▇▇ for 38 years in various jobs and I am currently a service technician. This job suits me as I love to work with my hands and figure out how to get a job completed. My career has taken me all over New England to work on business networks. I love that I am not stuck in same office every day.  I have done my fair share of work up in ceilings, attics and crawl spaces placing wiring and working on ladders. Working for so many different businesses, meeting people and going to so many interesting and beautiful places have been the best part of my career.

I have known Jean Lavin for 35 years. We worked for the same company until about 8 years ago, ▇▇▇▇ sold it's Connecticut portion to ▇▇▇▇.  I was able to stay with ▇▇▇▇ while Jean transitioned to ▇▇▇▇.

We have a lot in common.  Working hard outside, climbing telephone poles and working in manholes as well as our love for animals. Rescuing cats and dogs is one of our passions.  Jean adopts older dogs in the sunset of their lives giving them a loving and comfortable home until they cross the rainbow bridge. Currently I have 6 rescue kitties at home. We both love growing flowers and vegetables. Jean has a beautiful and bountiful garden every year, complete with a peach tree.

We love decorating for any holiday. Christmas is the best and both of our houses are all lit up and festive.

We figured out how to move a piano she bought. Just the two of us.  It was hard but we did it. She helped me move a refrigerator into my house.

I am so lucky to live near the beach, one of my favorite places. Jean and I love to go relax and decompress in the sun on the sand in the summer. Concerts, road trips, vacations, shopping and going out to eat are more things we have in common. She takes road trips whenever she has the chance.

Jean takes excellent care of her family. Her parents are both in their 80's. She makes sure her father gets to his doctor's appointments and takes care of things around her parent's house. Her daughter has had a wonderful mother.

Numerous times she has started collections at work as soon as she finds out someone has had a misfortune. Her hope is that the extra money helps them through their sickness, loss of a loved one, or if they had experienced a house fire. It lets them know that their coworkers care.

On my birthday a few years ago, Jean and her daughter, Carla, took me out to dinner. On the way home, we were stopped at a red light. The car next to us proceeded to go through the intersection but drove the wrong way and unexpectedly hit an oncoming car. The oncoming car's driver was injured. Jean did not hesitate a second before she parked us safely on the side of the road and then sprinted over to the injured driver. She made sure he was ok and helped calm him down before the ambulance took him away. She gave him her contact information so he could use her for a witness to the accident. He did reach her later for that reason. It all happened so fast, but Jean had quick thinking and knew exactly what to do.

I had been admitted to the hospital in 2011 because of a tick bite. Come to find out I had Rocky Mountain Spotted fever. It is like Lyme disease on steroids.  The doctors had a tough time figuring out

what it was, and I only had a few more days before I would die if they didn't. (Take doxycycline with any tick bite, that would have saved me this sickness) I was on a respirator for 5 days and lost 20 pounds in 2 weeks and it took two more months for me to fully recover.  I couldn't walk without help.  Jean came to the hospital with brush, shampoo, toothbrush and more items and helped me take my first shower after waking up. I was so grateful to her for showing up. So many people hate hospitals and get nervous, so they stay away, and I don't blame them. That didn't stop her.

      Whenever I am having any trouble in my life, Jean is always there for me. I would trust her with my life. She is my son's Godmother (he is actually my nephew who has been with me since he was 3, for over 15 years). She is thoughtful, generous, kind and caring. She loves to laugh and have fun. I am very fortunate to have her for a friend. She gives me ideas on how to make my life better.

Thank you for your time and reading about my friendship with Jean Lavin.

Respectfully yours,

Holly Karnes

Cell 860▮▮▮▮▮▮▮

**CERTIFICATION OF SERVICE**

      This is to certify that on April 7, 2022, a copy of the foregoing was filed with the Court via the CM/ECF system, by which counsel to all parties, including the Government, will be notified of and have the opportunity to review this filing.

/s/Charles F. Willson/s/
Charles F. Willson